See Larkin v. State, Tex.Cr.App., 248 S.W.2d 134, 137; Ramon v. State, Tex.Cr. App., 98 S.W. 872; Thomas v. State, 85 Tex.Cr.R. 246, 211 S.W. 453.

■ Complaint is made of the admission of testimony regarding the car taken at the rig and abandoned in New Mexico because it showed a collateral offense committed by appellant.

This testimony was admissible on the question of intent and especially to show flight.

■ Complaint is made in the brief concerning remarks of the district attorney in his closing argument to the jury. We find no bill of exception relating to the argument and nothing is presented for review.

The evidence is sufficient to sustain the conviction and no reversible error appears.

The judgment is affirmed.

## CLACK v. STATE.
### No. 26446.

Court of Criminal Appeals of Texas.
May 20, 1953.

No attorney on appeal for appellant.

William H. Scott, Criminal Dist. Atty., and King C. Haynie, Asst. Crim. Dist. Atty., Houston, Wesley Dice, State's Atty., of Austin, for the State.

BELCHER, Commissioner.

The appellant was convicted for the offense of robbery by assault, and the jury assessed his punishment at five years in the penitentiary.

The indictment and all matters of procedure appear regular. The record is before us without a statement of facts or bills of exception, in the absence of which nothing is presented for review.

The judgment of the trial court is affirmed.

Opinion approved by the Court.